IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>MACY C. BIEBER RAMIREZ,<br><br>Defendants. | **4:24CR3089**<br><br>**ORDER** |

This matter is before the court on the defendant's unopposed oral Motion to Extend Self-Surrender Date (Filing No. 123). After considering the matter, the court will grant the motion.

IT IS ORDERED that the defendant's motion is granted, and the defendant's self-surrender date is continued to on or before **2:00 p.m. on January 4, 2027**.

Dated this 23rd day of October, 2026.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge